■ ZEV LEWINSON, Appellant, v SHAREN LEWINSON, Respondent. [17 NYS3d 312]—Appeal, by permission, from a temporary order of protection of the Supreme Court, Rockland County (Victor J. Alfieri, Jr., J.), dated April 1, 2015. The temporary order of protection directed the plaintiff, inter alia, to stay away from the defendant until and including October 1, 2015.

Ordered that the appeal is dismissed, without costs or disbursements.

A contested order of protection issued by a court, based upon a finding that the subject individual has committed a family offense, is not rendered moot "solely by the expiration of the order" (*Matter of Veronica P. v Radcliff A.*, 24 NY3d 668, 670 [2015]). The temporary order of protection issued in the present case, however, which has expired by its terms, was not predicated upon such a finding and "imposes no enduring consequences on the appellant" (*Matter of Baby Boy D. [Adanna C.]*, 127 AD3d 1079, 1079 [2015]). Accordingly, the appeal from the temporary order of protection must be dismissed as academic. Dillon, J.P., Chambers, Hall and Hinds-Radix, JJ., concur.